### 22330. WARREN et al. v. THE STATE.

MOBLEY, Justice. The instant case is controlled by the decision in *Middleton v. State,* ante.

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 14, 1964—DECIDED JANUARY 30, 1964—
REHEARING DENIED FEBRUARY 11, 1964.

*B. Clarence Mayfield, E. H. Gadsden,* for plaintiffs in error.
*Andrew J. Ryan, Jr., Solicitor, R. E. Barker,* contra.

### 22331. GORDON et al. v. THE STATE.

QUILLIAN, Justice. The instant case is controlled by the decision in *Middleton v. State,* ante.

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 14, 1964—DECIDED JANUARY 30, 1964—
REHEARING DENIED FEBRUARY 11, 1964.

*B. Clarence Mayfield, E. H. Gadsden,* for plaintiffs in error.
*Andrew J. Ryan, Jr., Solicitor, R. E. Barker,* contra.

### 22332. MACK et al. v. THE STATE.

GRICE, Justice. The instant case is controlled by *Clark v. State,* ante, and *Middleton v. State,* ante.

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 14, 1964—DECIDED JANUARY 30, 1964—
REHEARING DENIED FEBRUARY 11, 1964.

*B. Clarence Mayfield, E. H. Gadsden,* for plaintiffs in error.
*Andrew J. Ryan, Jr., Solicitor, R. E. Barker,* contra.